1  Erik L. Peterson, Esq. (SBN 156189)
   Bostwick & Peterson, LLP
2  Four Embarcadero Center, Suite 750
   San Francisco, CA 94111
3  Telephone: (415) 421-8300

4  Attorney for Plaintiffs
   YVONNE BROWN and BARRY BROWN
5

6  MELINDA HAAG (CSBN 132612)
   United States Attorney
7  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
8  NEILL T. TSENG (CSBN 220348)
   Assistant United States Attorney
9
       450 Golden Gate Avenue, Box 36055
10     San Francisco, California 94102-3495
       Telephone: (415) 436-7155
11     FAX: (415) 436-6927
       neill.tseng@usdoj.gov
12
   Attorneys for Defendant
13 UNITED STATES OF AMERICA

14
                    UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16
                        SAN FRANCISCO DIVISION
17

18 YVONNE BROWN, et al.,              )   No. C 11-3879 SC
                                      )
19        Plaintiffs,                 )   STIPULATION TO DISMISS
                                      )   COMPLAINT WITHOUT PREJUDICE;
20     v.                             )   [PROPOSED] ORDER
                                      )
21 UNITED STATES OF AMERICA,          )
                                      )
22        Defendant.                  )
                                      )
23 _____    )

24

25

26

27

28

STIPULATION TO DISMISS COMPLAINT WITHOUT PREJUDICE; [PROPOSED] ORDER
C 11-3879 SC

The parties[1] stipulate to the following, subject to the approval of the Court:

Plaintiffs' complaint in this action is hereby dismissed without prejudice, so that Plaintiffs may pursue administrative remedies under the Federal Tort Claims Act. The parties agree that this dismissal is without prejudice to Plaintiffs' refiling this action after Plaintiffs have properly exhausted said administrative remedies.

DATED: 8/26/11

_____
ERIK L. PETERSON
Attorney for Plaintiffs

MELINDA HAAG
United States Attorney

DATED: 8/26/11          By: _____
NEILL T. TSENG
Assistant United States Attorney
Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: August 30, 2011

_____
HON. SAMUEL CONTI
United States District Judge

IT IS SO ORDERED
Judge Samuel Conti

---

[1] The United States was automatically substituted as the party defendant upon removal. See Notice of Removal (Doc. #1) ¶ 5.

STIPULATION TO DISMISS COMPLAINT WITHOUT PREJUDICE; [PROPOSED] ORDER
C 11-3879 SC